IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cr-00061-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ) | |
| STEPHANIE MIRANDA NEACE ) | |
| _____ ) | |

This matter is before the Court on the Government's Motion to Produce Defendant for Initial Appearance and Plea Hearing (the "Motion," Doc. 5).

The undersigned ruled on the Motion in open court on November 8, 2024.

**IT IS HEREBY ORDERED THAT** the Government's Motion is **GRANTED IN PART**, as follows:

1. The request that an initial appearance and a plea hearing be scheduled in this matter and the request that the Court order the United States Marshals Service to transport Defendant to appear for those proceedings are **DENIED AS MOOT**.

2. To the extent necessary, the Writ of Habeas Corpus ad Prosequendum that was issued on June 18, 2024 for Defendant's appearance in 1:24-cr-34 is incorporated by reference into this case (1:24-cr-61) and shall remain in full force and effect.

1

3. The Clerk is directed to transmit copies of this order to the United States Marshals Service and the Government.

4. The Government is directed to ensure that copies of the Motion and this order have been provided to the pertinent state authorities in Tennessee.

Signed: November 8, 2024

W. Carleton Metcalf
United States Magistrate Judge