IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cr-00061-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| STEPHANIE MIRANDA NEACE ) | |
| _____ ) | |

This matter came before the Court for various proceedings on November 8, 2024. A hearing concerning Defendant's proposed guilty plea was not completed at that time as the Court raised concerns regarding the sufficiency of the Factual Basis.

An Amended Factual Basis was filed on November 20, 2024 (Doc. 11).

The matter again came before the undersigned on November 25, 2024 for a plea hearing. Following discussions with counsel, the hearing was recessed to give the Court and the parties an opportunity to conduct additional research regarding the sufficiency of the Amended Factual Basis. Following that recess, the Court gave the parties an opportunity to be heard further.

For the reasons discussed on the record, the undersigned declines to recommend that the presiding District Judge accept Defendant's plea to the charge of being an accessory after the fact to carjacking, as stated in the Bill of Information.

A status conference in this matter is set for Friday, December 6, 2024 at 10:00AM.

It is so ordered.

Signed: November 25, 2024

W. Carleton Metcalf
United States Magistrate Judge