UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cr-61-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **STEPHANIE MIRANDA NEACE**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss the Bill of Information. (Doc. No. 17).

The Government's Motion to Dismiss is **GRANTED**, and the Bill of Information is **DISMISSED**.

**IT IS SO ORDERED**.

Signed: December 24, 2024

Max O. Cogburn Jr.
United States District Judge